**FILED**
2011 SEP 21 P 2:20
RICHARD W. [...]
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CV 11  80 226 MISC

IN THE MATTER OF

ORDER TO SHOW CAUSE RE SUSPENSION FROM MEMBERSHIP IN GOOD STANDING OF THE BAR OF THE COURT

Christopher Gregory Alva - #220501
_____/

TO: Christopher Gregory Alva

You are enrolled as a member of the bar of the Northern District of California. Notice has been received by the Chief Judge of the United States District Court for the Northern District of California that your status as a member of the State Bar of California has been modified as follows:

Suspended due to noncompliance with Rule 9.22 for failure to contribute to Child and Family Support by the Supreme Court of California effective August 19, 2011.

On or before **October 21, 2011** you are ordered to file a written declaration showing any cause why your membership in the bar of this Court should not be suspended until further order of this Court.

If you fail to respond to this Order on or before **October 21, 2011**, you will be suspended from membership without further notice. If you are suspended by this Court and you are restored to active membership in the State Bar of California, you may apply for reinstatement pursuant to Rule 11-7(b)(4) of the Civil Local Rules of this Court at that time. The Clerk shall close this file on or after **October 21, 2011**, absent further order of this Court.

Dated: September 20, 2011

JAMES WARE
United States District Chief Judge